RECEIVED
1-2-14
JAN 2 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Delbert **HEARD**
_____

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Lewis **SHICKER**,

Dr. Arthur **FUNK**,

Dr. Andrew **TILDEN** &

**WEXFORD** Health Sources, Inc..

_____

_____
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

14CV00030
JUDGE KENDALL
MAGISTRATE JUDGE KIM

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: __Delbert HEARD__

    B.    List all aliases: __None__

    C.    Prisoner identification number: __B76789__

    D.    Place of present confinement: __Pontiac Corr. Ctr.__

    E.    Address: __PO Box 99, Pontiac, IL 61764__

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: __Dr. Lewis SHICKER__

        Title: __IDOC Agency Medical Director__

        Place of Employment: __IDOC James R. Thompson Ctr, 100 W. Randolph, Ste 4200, CHICAGO, IL 60601__

    B.    Defendant: __Dr. Arthur FUNK__

        Title: __Regional Medical Director For Wexford Health Sources, Inc.__

        Place of Employment: __Wexford Health Sources Inc. Address: 1335 S. Praire Av, ste 403, CHICAGO, IL, 60605__

    C.    Defendant: __Dr. Andrew TILDEN__

        Title: __Medical Director - Pontiac Corr. Ctr.__

        Place of Employment: __Wexford Health Source Inc. Pontiac Corr. Ctr, 700 W. Lincoln, Pontiac IL 61764__

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

    D.    Defendant: __Wexford Health Sources, Inc.__
        Title: __Health Care Provider For IDOC__

        Address: __Foster Plaza, 425 Holiday Dr., Pittsburgh, PA 15220__

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: *Heard v Idoc, et al., No. 06 CV 0644*

B.  Approximate date of filing lawsuit: *Early 2006*

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: *Delbert Heard, only plaintiff*

D.  List all defendants: *Wexford Health Sources, Dr. Willard Elyea, & Dr. Partha Ghosh*

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *U.S. District Court, Northern District of Ill.*

F.  Name of judge to whom case was assigned: *Kendall*

G.  Basic claim made: *Deliberate Indifference To Medical Needs*

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Jury Verdict against Defendant Ghosh. 273K Total Damages*

I.  Approximate date of disposition: *7-13-12 exactly*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _Heard v Wexford Health Sources, et al, No. 09 CV 0449_

B.  Approximate date of filing lawsuit: _Early 2009_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_Delbert Heard only plaintiff_

D.  List all defendants: _Wexford Health Sources, Dr. Feinerman & Dr. Shepard._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _U.S. District Court, Southern Dist. of Illinois_

F.  Name of judge to whom case was assigned: _Gilbert_

G.  Basic claim made: _Deliberate Indifference To Medical Needs_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Settled_

I.  Approximate date of disposition: _10-4-12 exactly_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (✓)  NO ( )   If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (✓)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?

I filed a grievance form

2.    What was the result?

The grievance was denied by the Chief Administrative officer / Warden

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I appealed the grievance to the Administrative Review Board & the Board Denied it also.

D.    If your answer is **NO**, explain why not:

3b

E.      Is the grievance procedure now completed?   YES (✓)  NO ( )

F.      If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )

G.      If your answer is **YES**:

      1.      What steps did you take?

_____

_____

_____

      2.      What was the result?

_____

_____

_____

H.      If your answer is **NO**, explain why not:

_____

_____

_____

_____

_____

_____

4

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

The named Defendants acting under the color of state law, through their actions and inactions have deprived me of my right secured by the 8th Amendment of the U.S. Constitution as follows:

DEFENDANT, Dr. Lewis SHICKER is the Medical Director of IDOC. He is responsible for setting Medical Policies for IDOC, overseeing medical services for IDOC's Correctional Centers and providing medical direction to IDOC's Health Care Provider, Wexford Health Sources. Shicker is culpable in his individual capacity for deliberate indifference to my serious medical need in which he caused me to suffer an unnecessary 2 year delay of needed surgery for my painful hernia ailment by creating and/or promulgating IDOC's elective surgery policy/practice that was the cause of the delay of my surgery; and for failing to act to stop the delay despite his actual knowledge that the delay was causing me to suffer pain and other potential harm.

DEFENDANT, Dr. Arthur FUNK is the Regional Medical Director for Wexford Health Sources. Funk is culpable in his individual capacity for deliberate indifference to my serious medical needs in which he on behalf of Wexford Health Sources adopted and implemented Shicker's elective

4a

Revised 9/2007

surgery" policy/practice that caused an unecessary 2 year delay of surgery for my painful hernia ailment; and as Regional Medical Director he was responsible for overseeing Wexford's employees in exercising Shicker's policy, irrespective of hernia patients' complaints of pain; and risk of other potential harm.

    **DEFENDANT, Dr. Andrew TILDEN** is the Medical Director of IDOC's Pontiac Correctional Center. Tilden is culpable in his individual capacity for deliberate indifference to my serious medical needs in which he caused me to suffer an unnecessary 2 year delay of needed surgery for my painful hernia ailment while I was incarcerated at Pontiac Correctional Center between 4/2011 and 7/2013, by exercising Shicker's "elective surgery" policy/practice and at one point intentionally blinding himself to my hernia by refusing to adequately investigate and diagnose the source of my pain when obvious symptoms were present; which was a substantial departure from professional judgment.

    **DEFENDANT WEXFORD** Health Sources Inc. is the Health Care provider for IDOC. Wexford is culpable for deliberate indifference to my serious medical needs in which Wexford adopted and implemented Shicker's "elective surgery" policy/practice that caused me to suffer an unnecessary 2 year delay of needed surgery for my painful hernia ailment.

In the same manner the defendants have also caused delay of surgery for my present Hydrocele.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____

_____

_____

Nominal, Compensatory & Punitive Damages.

_____

_____

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  26  day of December , 20 13

_____
(Signature of plaintiff or plaintiffs)

Delbert Heard
(Print name)

B76789
(I.D. Number)

Pontiac Correctional Center, PO Box 99
Pontiac, IL 61764
(Address)

6