38007/01245/MHW/PEH/JJL

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| DELBERT HEARD, | |
| Plaintiff, | Case Number  14 cv 1027 |
| v. | Judge Joe Billy McDade |
| LEWIS SHICKER, et al., | Magistrate Judge Tom Shanzle-Haskins |
| Defendants. | |

### NOTICE TO PRO SE LITIGANT OPPOSING
### MOTION FOR SUMMARY JUDGMENT

    The defendants have moved for summary judgment against you. This means that the defendants are telling the judge that there is no disagreement about the important facts of the case. The defendants are also claiming that there is no need for a trial of your case and is asking the judge to decide that the defendant should win the case based on their written argument about what the law is.

    In order to defeat the defendants' request, you need to do one of two things: you need to show that there is a dispute about important facts and a trial is needed to decide what the actual facts are or you need to explain why the defendant is wrong about what the law is.

Your response must comply with Rule 56(e) of the Federal Rules of Civil Procedure and Local Rule 7.1 of this court. These rules are available at any law library. If you disagree with any fact offered by the defendants, you need to explain how and why you disagree with the defendants. You also need to explain how the documents or declarations that you are submitting support your version of the facts. If you think that some of the facts offered by the defendants are immaterial or irrelevant, you need to explain why you believe that those facts should not be considered.

    In your response, you must also describe and include copies of documents which show why you disagree with the defendants about the facts of the case. You may rely upon your own declaration or the declarations of other witnesses. A declaration is a signed statement by a witness. The declaration must end with the following phrase: "I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct," and must be dated. If you do not provide the Court with evidence that shows that there is a dispute about the facts, the judge will be required to assume that the defendants' factual contentions are true, and, if the defendants are also correct about the law, your case will be dismissed.

      If you choose to do so, you may offer the Court a list of facts that you believe are in dispute and require a trial to decide. Your list of disputed facts should be supported by your documents or declarations. It is important that you comply fully with these rules and respond to each fact offered by the defendants, and explain how your documents or declarations support your position. If you do not do so, the judge will be forced to assume that you do not dispute the facts which you have not responded to.

      Finally, you should explain why you think the defendants are wrong about what the law is.

                                        Respectfully submitted,

                                        CASSIDAY SCHADE LLP

                                        By: /s/ Joseph J. Lombardo
                                                One of the Attorneys for Defendants,
                                                WEXFORD HEALTH SOURCES,
                                                INC. and ANDREW TILDEN, M.D.

Matthew H. Weller/ ARDC No. 6278685
Joseph J. Lombardo/ ARDC No. 6306466
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
mweller@cassiday.com
jlombardo@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2014 I electronically filed the foregoing document with the clerk of the court for Central District of Illinois, Peoria Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Joseph J. Lombardo