38007/01245/MHW/PEH/JJL

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 14 cv 1027 |
|---|---|
| DELBERT HEARD | |
| v. | Judge Joe Billy McDade |
| LEWIS SHICKER, et al. | Magistrate Judge Tom Shanzle-Haskins |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

<u>ANDREW TILDEN, M.D. and WEXFORD HEALTH SOURCES, INC.</u>

| NAME | Joseph J. Lombardo |
|---|---|
| SIGNATURE | s/ Joseph J. Lombardo |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, Suite 1000 |
| CITY/STATE/ZIP | Chicago, Illinois 60606-2903 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6306466 | (312) 641-3100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? ☐ Yes ☒ No |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? ☐ Yes ☒ No |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? ☐ Yes ☒ No |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? ☐ Yes ☒ No |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

7902139 JLOMBARD;CMCDOWEL