AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| DELBERT HEARD, *Plaintiff* | ) ) ) |
| v. | ) Case No. 14 cv 1027 |
| LEWIS SHICKER, et al., *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DELBERT HEARD, PLAINTIFF.

Date: 03/17/2016

s/ Aaron S. Galloway
*Attorney's signature*

Aaron S. Galloway, #6305977
*Printed name and bar number*

210 N. Main St.
PO Box 558
Pontiac, IL 61764
*Address*

aaron@fellheimerlawfirm.com
*E-mail address*

(815) 842-3858
*Telephone number*

(815) 842-1137
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

___DELBERT HEARD,___     )
    *Plaintiff*     )
    v.     )   Case No. 14 cv 1027
___LEWIS SHICKER, et al.,___ )
    *Defendant*     )

## CERTIFICATE OF SERVICE

I certify that on __03/17/2016__, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Joseph N. Rupcich, Cassiday Schade LLP, 111 North Sixth Street, 2nd Floor, Springfield, IL 62701,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

Delbert Heard, IDOC #B76789, Pontiac Correctional Center, P.O. Box 99, Pontiac IL 61764.

                                 s/ Aaron S. Galloway
                                 *Attorney's signature*

                              Aaron S. Galloway, #6305977
                             *Printed name and bar number*

                                 210 N. Main St.
                                 PO Box 558
                                 Pontiac, IL 61764
                                 *Address*

                                 aaron@fellheimerlawfirm.com
                                 *E-mail address*

                                 (815) 842-3858
                                 *Telephone number*

                                 (815) 842-1137
                                 *Fax number*