IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DELBERT HEARD ) | |
| Plaintiff ) | |
| ) | 14-cv-01027 |
| v. ) | |
| ) | Hon. Joe Billy McDade |
| LOUIS SHICKER, MD *et alia* ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF
### *NUNC PRO TUNC*

Muldoon & Muldoon, LLC, moves this honorable court for leave to withdraw as attorneys for Plaintiff and in support thereof states as follows:

1. On May 20, 2018, Plaintiff sent an email to John J. Muldoon, III of Muldoon & Muldoon, LLC terminating its representation of him in this matter.

2. On May 21, 2018, Plaintiff filed a "Motion to Withdraw Counsel's representation.

3. Said motion stated that "it is apparent that an irreconcilable conflict has developed, regarding pre-trial issues" and that the "differences has made it virtually impossible for him to represent me, at this time."

4. Muldoon & Muldoon, LLC, acquiescing to plaintiff's desire, did not file a response to the motion.

5. On May 23, 2018, this court after granting defendants summary judgment, denied plaintiff's motion as moot.

6. Since May 23, 2018 plaintiff has pursued his case, *pro se,* as he fired Muldoon

1

& Muldoon, LLC.

WHEREFORE, Muldoon & Muldoon, LLC, requests leave to formally withdraw its representation of Plaintiff in this matter *nunc pro tunc* to May 20, 2018.

    Respectfully submitted,

    /s/ John J. Muldoon, III

John J. Muldoon, III
Muldoon & Muldoon, LLC
Illinois Attorney No. 6185878
30 N. LaSalle Street, Suite 2950
Chicago, IL 60602
312-739-3550
jjm@muldoonlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 17, 2018, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF and served on all counsel of record.

                 /s/ John J. Muldoon, III